IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUNG BEA HAN,
    Appellant/Debtor,

vs.                                                    CASE NO. 3:05cv404/RV/MD

GE CAPITAL SMALL BUSINESS
FINANCE CORPORATION,
    Appellee.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 18, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    Appellee GE Capital Small Business Finance Corporation's motion to dismiss (doc. 4) is GRANTED and this appeal is DISMISSED with prejudice.

2.    The clerk is directed to close the file.

DONE AND ORDERED this 27th day of December, 2005.


                                              /s/ _Roger Vinson_
                                            ROGER VINSON
                                            SENIOR UNITED STATES DISTRICT JUDGE